Ross Cornell, Esq., APC (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *ross.law@me.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Marla Rayleen Greene et al.<br><br>Defendants. | Case Number:<br>5:20-cv-00374-SVW-SHK<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff BRYAN ESTRADA and Defendant MARLA RAYLEEN GREENE hereby stipulate as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 15, 2020      By: /s/ *Ross Cornell*
                                             Ross Cornell, Esq.,
                                             Attorneys for Plaintiff,
                                             BRYAN ESTRADA

Dated: May 15, 2020      By: /s/ John Coates
                                             John Coates, Esq.,
                                             Attorney for Defendant,
                                             MARLA RAYLEEN GREENE

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2020    LAW OFFICES OF ROSS CORNELL, APC

                                       By: /s/ *Ross Cornell*
                                                 Ross Cornell, Esq.,
                                                 Attorneys for Plaintiff